IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:20 CR 88-CWR-FKB

MARK ANTHONY COLEMAN

## NOTICE OF MAXIMUM PENALTY

**Count 1:**   **Attempted Coercion and Enticement**
**Title 18, United States Code, Section 2422(b)**

- Not less than 10 years or for life of imprisonment
- Not more than a $250,000 fine
- Not less than 5 years to life of supervised release
- $100 special assessment

**Count 2:**   **Destruction, Alteration, or Falsification of Records in Federal Investigations**
**Title 18, United States Code, Section** 1519

- Not more than 20 years
- Not more than a $250,000 fine
- Not less than 5 years of supervised release
- $100 special assessment

3