CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 14 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: __JACKSON__

RELATED CASE INFORMATION:

SUPERSEDING INDICTMENT ____ DOCKET # 3:20CR88CWR-FKB
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

COUNTY: __HINDS__

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: _X_ YES ___ NO

NAME/ALIAS: __MARK ANTHONY COLEMAN__

**U.S. ATTORNEY INFORMATION:**

AUSA: __GLENDA R. HAYNES__    BAR # __2132__

INTERPRETER: _X_ No ____ Yes   LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**   ARREST DATE ____

____ ALREADY IN FEDERAL CUSTODY AS OF ____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: __2__   ____ PETTY ____ MISDEMEANOR __2__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:2422.F__ | 18 U.S.C. § 2422(b) | Coercion or enticement of a person under 18 | 1 |
| Set 2 __18:1519.F__ | 18 U.S.C. § 1519 | Destruction, alteration, or falsification of records in Federal investigations and bankruptcy | 2 |

Date: __7-1-2020__    SIGNATURE OF AUSA: _Glenda R. Haynes_

Revised 2/26/2010