PRAECIPE FOR WARRANT



THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:20CR88-CWR-FKB

MARK ANTHONY COLEMAN
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 14th day of July, 2020.

This the 14th day of July, 2020.

                D. MICHAEL HURST, JR.
                United States Attorney

By: /s/ Glenda R. Haynes
      GLENDA R. HAYNES
      ASSISTANT UNITED STATES ATTORNEY
      BAR NO.: # 2132

Warrant issued:_____

(GRH/FBI)