AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

RECU USMS D43 15JUL'20

United States of America
v.

Mark Anthony Coleman
(Wherever Found)

*Defendant*

Case No.   3:20-cr-00088-CWR-FKB

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 21 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Anthony Coleman (Wherever Found),
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COERCION OR ENTICEMENT OF A PERSON UNDER 18 Count (1)
DESTRUCTION, ALTERATION OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS AND BANKRUPTCY Count (2)

Date: 07/14/2020

ARTHUR JOHNSTON, CLERK

*L. Townsend*
*Issuing officer's signature*

City and state: Jackson, MS

L. Townsend, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 15 Jul 2020, and the person was arrested on *(date)* 20 Jul 2020
at *(city and state)* Jackson, MS.

Date: 20 Jul 2020

For Agent Tim [signature]
*Arresting officer's signature*

Tim Enford CBUSM
*Printed name and title*