Case 3:20-cr-00088-CWR-...B *SEALED*   Document 6 *SEALED*   Filed 07/14/20   Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

RECU USMS 043 15JUL'20

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-cr-00088-CWR-FKB |
| | ) | |
| Mark Anthony Coleman | ) | |
| (Wherever Found) | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Anthony Coleman (Wherever Found),

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COERCION OR ENTICEMENT OF A PERSON UNDER 18 Count (1)
DESTRUCTION, ALTERATION OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS AND BANKRUPTCY Count (2)

Date:   07/14/2020

ARTHUR JOHNSTON, CLERK

*L. Townsend*
*Issuing officer's signature*

City and state:   Jackson, MS

L. Townsend, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-17-20, and the person was arrested on *(date)* 7-20-20
at *(city and state)* _____

Date: 7-20-20

*MMB*
*Arresting officer's signature*

Molly M. Blythe
*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 23 2020
ARTHUR JOHNSTON
BY _____ DEPUTY