IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN (JACKSON) DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CRIMINAL NO.: 3:20cr00088

MARK ANTHONY COLEMAN

## UNOPPOSED MOTION TO CONTINUE TRIAL SETTING

COMES NOW, The Defendant, Mark A. Coleman ("Coleman") by and through his undersigned attorney, and files this Unopposed Motion for a Continuance of the Trial Setting in this matter. In support thereof states as follows:

1. This matter is currently set for trial on September 8, 2020.

2. Counsel for Defendant has several previously scheduled trials and motion hearings.

3. Counsel has conferred with the United States and they have no objections to this request.

4. The requested continuance is in the interests of justice.

5. For these reasons, the Defendant respectfully requests that the Pre-Trial Conference, other deadlines, and Trial in this matter be continued.

THIS the 2nd day of September, 2020.

Respectfully Submitted,

**MARK ANTHONY COLEMAN,**

By: /s/ Dennis C. Sweet, III
Dennis C. Sweet, III

**OF COUNSEL:**
Dennis C. Sweet, III
Dennis C. Sweet, IV
SWEET & ASSOCIATES
158 E. Pascagoula Street
Jackson, MS  39201
Phone (601)965-8700
Fax    (601)965-8719

## CERTIFICATE OF SERVICE

I, Dennis C. Sweet, III, one of the attorneys for the Defendant, do hereby certify that I have electronically filed the foregoing with the Clerk of this Court by using the MEC system which sends notification of such filing to all counsel of record.

This the 2nd day of September, 2020.

BY:/s/Dennis C. Sweet, III

Dennis C. Sweet,III