# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**UNITED STATES**

**V.**                              **3:20CR00088-TSL-FKB**

**MARK ANTHONY COLEMAN**

## NOTICE OF CONVENTIONAL FILING

Notice is hereby given that Defendant have filed an Exhibit "B" (DVD VIDEO) to Document 26, Defendant's Memorandum in Support [25] First Motion to Dismiss Indictment.

RESPECTFULLY SUBMITTED, this the 9th day of September 2020.

**MARK ANTHONY COLEMAN**

BY: ___/s/ Dennis C. Sweet, III___
    Dennis C. Sweet, III

**Of Counsel:**

Dennis C. Sweet, III MSB #8105
SWEET & ASSOCIATES, P.A.
158 E. Pascagoula St.
Jackson, MS   39201
601-965-8700 Telephone
601-965-8719 Fax

**CERTIFICATE OF SERVICE**

I, Dennis C. Sweet, III, attorney for Defendant, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing with the Clerk of the Court using the ECF system, which should send notice of the filing to all attorneys of record:

Dated:  March 12, 2013

**MARK ANTHONY COLEMAN**

BY: /s/ Dennis C. Sweet, IV
_____
DENNIS C. SWEET, IV