IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:20-cr-00088-TSL-FKB

MARK ANTHONY COLEMAN

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR RELEASE OF BRADY MATERIALS**

COMES NOW the United States Attorney, by and through his undersigned assistant, and respectfully moves the Court for an extension of time to file its response to Defendant Mark Anthony Coleman's Motion for Release of Brady Materials [Dkt. No. 31]. The undersigned has not had sufficient time to research, review and prepare its response. Counsel for the Defendant was contacted and has no objection to the requested extension.

WHEREFORE, the Government prays the Court enter its order granting the requested extension of time until October 5, 2020.

RESPECTFULLY submitted, this the 14th day of September, 2020.

> D. MICHAEL HURST, JR.
> UNITED STATES ATTORNEY
>
> By:   */s/ Glenda R. Haynes*
>       GLENDA R. HAYNES (MSB#2132)
>       Assistant United States Attorney
>       501 E. Court Street, Suite 4.430
>       Jackson, Mississippi 39201
>       Phone: 601.965.4480
>       Email: Glenda.Haynes@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Glenda R. Haynes, hereby certify that on this day, I have this day filed the foregoing with the Clerk of the Court using the electronic filing system, ("ECF"), which sent notification to all parties of record.

This the 14th day of September, 2020.

>  */s/ Glenda R. Haynes*_____
> GLENDA R. HAYNES
> Assistant United States Attorney