IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20-cr-00088-TSL-FKB

MARK ANTHONY COLEMAN

## ORDER

THIS CAUSE is before the Court on the United States motion for an extension of time to file its response to Defendant Mark Anthony Coleman's Second Motion to Dismiss Indictment and Memorandum in Support [Dkt. Nos. 27 and 28]. The Court notes that counsel for the Defendant was contacted and has no objection to the requested extension.

IT IS THEREFORE ORDERED that the motion for an extension of time is well-taken and is hereby GRANTED.

IT IS FURTHER ORDERED that the United States should have until October 5, 2020, to file its response to the Defendant's motion.

SO ORDERED, this the 14th day of September, 2020.

/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE