# EXHIBIT

# City of Jackson, Mississippi
## Police Department Incident Report Form

- [ ] Original
- [x] Supplement

**CRIME/INCIDENT**

1 - Case Number: 2020-023953
2 - Reporting Zone/Precinct: 5534 RFS 3-A-10
3 - Crime: RUNAWAY
   - [ ] Attempt Only
   - [ ] Multiple Charges
4 - Classification: 33
5 - Location of Crime: 425 Bentley Road Apt B-6
6 - Location Code: 20
7 - Date Range of Occurrence: 02/17/20
8 - Hour Range of Occurrence: 16:30
9 - Date of Report: 02/24/20
10 - Time Reported: 12:00
11 - Assault Circumstances Code: N/A
12 - Weapon Code: N/A
13 - Bias Motivation Code: N/A
14 - Affidavit Signed: No

### VICTIM/COMPLIANT/WITNESS/SUSPECT/ARRESTED/REPORTING PERSON/OTHER

**Person 1:**
- 15 - Involvement Code: C
- 16 - Victim Type Code: I
- 17 - Name: [redacted]
- 18 - Race/Sex: B/F
- 19 - Date of Birth: UNK
- 20 - Injury Code: N/A
- 21 - VOR1 Code: [illegible]
- 22 - Home Phone: 769-[illegible]-3939
- 24 - Address: 738 Woodacre Road, JXN MS 39206
- 25 - Alias: N/A
- 26 - Employer/School Address: N/A
- 27-33: UNK
- 34 - Activity Type Code: 2
- 35 - Offender Used Code: N
- 36 - Clothing Description: UNK

**Person 2:**
- 15 - Involvement Code: S/A
- 16 - Victim Type Code: I
- 17 - Name: [redacted]
- 18 - Race/Sex: B/F
- 19 - Date of Birth: [redacted]
- 20 - Injury Code: N/A
- 21 - VOR1 Code: N/A
- 22 - Home Phone: N/A
- 24 - Address: 738 Woodacre Road, JXN MS 39206
- 25 - Alias: N/A
- 26 - Employer/School Address: Callaway High School
- 27 - Height: 5'4
- 28 - Weight: 150
- 29 - Hair Color: BLK
- 30 - Eye Color: BRN
- 31 - Facial Hair: N/A
- 32 - Complexion: DARK
- 33 - SSN: UNK
- 34 - Activity Type Code: 2
- 35 - Offender Used Code: 2
- 36 - Clothing Description: Gray Top / Blue Jeans
- 37 - Other ID Characteristics: N/A

### EVIDENCE/PROPERTY

(empty)

RECEIVED FEB 25 2020 JPD RECORDS

### VEHICLE

N/A

- 54 - Unit Call No.: 5-A-1
- 55 - Reporting Officer: Ofc. Mark Chism #185
- 57 - Other Officer(s) & IBM(s): N/A
- 58 - Reporting Officer's Signature: [signed] Mark Chism 185
- 60: 1405

RECORDS

GOVERNMENT EXHIBIT 1

**City of Jackson, Mississippi Police Department**
**Narrative/Supplementary Report Form**

☐ Continuation of Original
☒ Supplement

Case Number: 2020-023953

Narrative Headings: ☒ Circumstances of Incident ☐ Witness/Interviews ☐ Investigative Follow-Up ☐ Status/Recommendations ☐ Synopsis

81 - Complainant: [redacted]
Charge: RUNAWAY
Date & Time: 02/24/20 0100

Crime Changed To:
Person Making Change & IBM:
Date of Change:

82 - Classification Changed To:

### Continuation, Narrative and Witness Statement

ON 02/24/20, I Cpl MARK Colomb105, responded to Forest Ridge Apartments on a RUNAWAY CALL. WHEN I Arrive on scene, I, Cpl MARK Colomb105 was advised that a SUBJECT [redacted] A RUNAWAY WAS Inside Apt 'B-6. WHEN I Knocked on the Door She Came out of the Apartment AND SAID I'm [redacted] you Are Looking for me. She was Arrested AND taking to the Detention Center. A RUNAWAY Warrant was Sign By Her Mother [redacted]

RECEIVED FEB 25 2020 JPD RECORDS

83 - Complainant/Witness Signature (When used as Complainant/Witness Statement Form)
84 - Closure Code | Closure Date | Reporting Officer Signature / & ID
Supervisor Signature
Date

Page 2 of