# EXHIBIT

# City of Jackson, Mississippi
## Police Department Incident Report Form

☐ Original
☒ Supplement

**CRIME/INCIDENT**

1 - Case Number: 2020-023953
2 - Reporting Zone/Precinct: 5534 RF3 3-A-10
3 - Crime: RUNAWAY ☐ Attempt Only ☐ Multiple Charges
4 - Classification: 33
5 - Location of Crime (Address, Intersection, Block, Etc.): 425 Beasley Road Apt 8-6
6 - Location Code: 20
7 - Date Range of Occurrence (SU, M, T, W, TH, F, S): 02/19/20
8 - Hour Range of Occurrence: 16:30
9 - Date of Report: 02/24/20
10 - Time Reported: 12:00
11 - Assault Circumstances Code: N/A
12 - Weapon Code: N/A
13 - Bias Motivation Code: N/A
14 - Affidavit Signed: ☐ Yes ☐ No

### VICTIM/COMPLIANT/WITNESS/SUSPECT/ARRESTED/REPORTING PERSON/OTHER

**Person 1:**
15 - Involvement Code: C
16 - Victim Type Code: I
17 - Name: [redacted]
18 - Race/Sex: 101F
19 - Date of Birth: UNK
20 - Injury Code: UNK
21 - VOR1 Code: 19
22 - Home Phone: 770-3939
23 - Business Phone:
24 - Address: 738 Woodacre Road, JXN, MS 39206
25 - Alias: N/A
26 - Employer/School Address: N/A
27 - Height: UNK
28 - Weight: UNK
29 - Hair Color: UNK
30 - Eye Color: UNK
31 - Facial Hair: UNK
32 - Complexion: UNK
33 - SSN: UNK
34 - Activity Type Code: 2
35 - Offender Used Code: N
36 - Clothing Description: UNK
37 - Other ID Characteristics: 

**Person 2:**
15 - Involvement Code: S
16 - Victim Type Code: I
17 - Name: [redacted]
18 - Race/Sex: 71F
19 - Date of Birth: [redacted]
20 - Injury Code:
21 - VOR1 Code:
22 - Home Phone: N/A
23 - Business Phone:
24 - Address: 738 Woodacre Road, JXN, MS 39206
25 - Alias: N/A
26 - Employer/School Address: Callaway High School
27 - Height: 5'4
28 - Weight: 150
29 - Hair Color: BLK
30 - Eye Color: BRN
31 - Facial Hair: N/A
32 - Complexion: DARK
33 - SSN: UNK
34 - Activity Type Code: 2
35 - Offender Used Code: 2
36 - Clothing Description: Gray Top/Blue Jeans
37 - Other ID Characteristics: N/A

### EVIDENCE/PROPERTY

38 - CODES TO BE USED: B - Both Stolen and Recovered, D - Damaged, E - Evidence, F - Found, L - Lost, R - Recovered, S - Stolen, K - Safekeeping, Z - Seized

| CODE | QTY. | MAKE/BRAND | SIZE | SERIAL NUMBER | DESCRIPTION | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |

RECEIVED FEB 25 2020 JPD RECORDS

39 - LOCATION OF PROPERTY/EVIDENCE: ☐ PRECINCT 1 ☐ PRECINCT 2 ☐ PRECINCT 3 ☐ PRECINCT 4 ☐ EVIDENCE OFFICE ☐ OTHER

### VEHICLE

40 - Vehicle Year: N/A
41 - Make:
42 - Model:
43 - Color:
44 - Tag Number:
45 - Year:
46 - State:
47 - Vehicle Identification Number:
48 - Special Features (Damage, Decals, Noted Accessories, Etc.):
49 - Owner (Name & Address):
50 - Vehicle Status Code:
51 - Vehicle Towed: ☐ Yes ☐ No
52 - Name of Wrecker:
53 - Vehicle Stored At:

54 - Unit Call No.: 3-A-9
55 - Reporting Officer: M. Mark Chism
56 - IBM: 185
57 - Other Officer(s) & IBM(s): N/A
58 - Reporting Officer's Signature: Mark Chism 185
59 - Supervisor's Signature:
60: 1405 PM

**RECORDS**

GOVERNMENT EXHIBIT 1

# City of Jackson, Mississippi Police Department
## Continuation of Original Supplement — Narrative/Supplementary Report Form

Case Number: 2020-023953

Narrative Headings: ☒ Circumstances of Incident ☐ Witness/Interviews ☐ Investigative Follow-Up ☐ Status/Recommendations ☐ Synopsis

**81 - Complainant:** [redacted]
**Charge:** RUNAWAY
**Date & Time:** 02/24/20 0100
**Crime Changed To:**
**Person Making Change & IBM:**
**Date of Change:**
**82 - Classification Changed To:**

### Continuation, Narrative and Witness Statement

On 02/24/20, I Cpl Mark Colomb 135, responded to Forest Ridge Apartments on a Runaway Call. When I arrived on scene, I, Cpl Mark Colomb 135, was advised that a subject [redacted] a runaway was inside Apt B-6. When I knocked on the door she came out of the apartment and said I'm [redacted] you are looking for me. She was arrested and taken to the Detention Center. A runaway warrant was sign by her mother [redacted].

RECEIVED FEB 25 2020 JPD RECORDS

**83 - Complainant/Witness Signature (When used as Complainant/Witness Statement Form)**
**84 - Closure Code / Closure Date / Reporting Officer Signature & ID:** Cpl Mark Colomb 135
**Supervisor Signature / Date**

Page 2 of 2