EXHIBIT "A"

TOP STORY

# Missing teen last seen Sunday



16-year-old Shania Blassett (Source: JPD)

By WLBT Digital | October 8, 2020 at 3:37 PM CDT - Updated October 8 at 3:37 PM

JACKSON, Miss. (WLBT) - Jackson Police Department is searching for a teen that hasn't been seen since Sunday.



Sponsored By



STAY INFORMED
WLBT.COM
FIRST ALERT WEATHER
ALERT DAY!
FRIDAY & SATURDAY

80°
Currently in Jackson, MS
FULL FORECAST

16-year-old Shania Blassett (Source: JPD)

By **WLBT Digital** | October 8, 2020 at 3:37 PM CDT - Updated October 8 at 3:37 PM

JACKSON, Miss. (WLBT) - Jackson Police Department is searching for a teen that hasn't been seen since Sunday.

They say 16-year-old Shania Bassett was last seen on Woodacre Road.

She is 5 feet, five inches tall, 150 pounds and was last seen wearing a blue shirt and blue pants.

If you know where she may be, call 601-960-2328 or Crime Stoppers at 601-355-TIPS.

Copyright 2020 WLBT. All rights reserved.

**Top Articles**



READ MORE

Sponsored By

**AUTHOR**

**WLBT.com Staff**

**RECENT CONTENT**



**Forbes: Sanders' appointment at JSU an opportunity for student-athletes across all HBCUs**

By **Josh Carter**

Many are also hoping that Deions' hiring will bring a much needed boost to the Capitol City, both in morale and in economic incentives.