IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.  CIVIL ACTION NO. 3:20-cr-88-TSL-FKB

MARK ANTHONY COLEMAN

ORDER

This case is before the Court on Defendant's Motion For Production And Inspection Of *Brady* Materials And/Or Information Which May Lead [To] Evidence, With Incorporated Memorandum Of Authorities [31].

On July 22, 2020, this Court entered an Order Regarding Discovery. *See* [13]. The order specifically required "[t]he United States Attorney [to] make available to defendant within thirty (30) days . . . all information accumulated during investigation of this matter which constitutes *Brady* exculpatory material . . . (with the exception that the United States Attorney is not required to produce the entire statement(s) of witnesses containing possible *Brady* material as defined by Section 3500, Title 18, United States Code, until such time as the United States Attorney produces Rule 26.2 and Section 3500(e) statements to defendant)." [13] at 1. The order further provided that "the United States Attorney has a continuing duty to disclose as required by Fed. R. Crim. P. 16(c)."

To the extent Defendant's motion seeks the production of *Brady* material as previously ordered by this Court, the motion is granted. Otherwise, the motion is denied.

SO ORDERED on the 15th day of October, 2020.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE