IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES

V.  3:20CR00088-TSL-FKB

MARK ANTHONY COLEMAN

### NOTICE OF CONVENTIONAL FILING

Notice is hereby given that Defendant have filed an Exhibit "B" (DVD VIDEO) to Document 26, Defendant's Memorandum in Support [25] First Motion to Dismiss Indictment [27[ Second Motion to Dismiss Indictment [28] Defendant's Memorandum in Support.

RESPECTFULLY SUBMITTED, this 21st day of October 2020.

MARK ANTHONY COLEMAN

BY: /s/ Dennis C. Sweet, III
Dennis C. Sweet, III

**Of Counsel:**

Dennis C. Sweet, III MSB #8105
SWEET & ASSOCIATES, P.A.
158 E. Pascagoula St.
Jackson, MS  39201
601-965-8700 Telephone
601-965-8719 Fax

## CERTIFICATE OF SERVICE

I, Dennis C. Sweet, III, attorney for Defendant, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing with the Clerk of the Court using the ECF system, which should send notice of the filing to all attorneys of record:

Dated:   October 21, 2020

                                           MARK ANTHONY COLEMAN

                                BY: /s/ Dennis C. Sweet, IV
                                           DENNIS C. SWEET, IV