IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3 - NORTHERN DIVISION (Jackson)

| UNITED STATES | | PLAINTIFF |
|---|---|---|
| VERSUS | CRIMINAL NO: | 3:20cr88-TSL-FKB |
| MARK ANTHONY COLEMAN | | DEFENDANT |

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that **James L. Tucker** has been assigned as Probation Officer for Defendant **MARK ANTHONY COLEMAN** and should be noticed of all future pleadings by adding as an Interested Party to said case.

OR

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case.  Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: /s/ Kevin D. Wright
Kevin Wright
2021.01.21 12:42:36 -06'00'